# MICHAEL N. PEDICINI
ATTORNEY AT LAW

60 WASHINGTON STREET
SUITE 100
MORRISTOWN, NEW JERSEY 07960

Phone: (973) 285-1555
Fax: (973) 984-0430

E-Mail Address:
michael.pedicini@verizon.net

October 17, 2012

Clerk
United States District Court
M.L. King Fed. Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

      Re: **U.S.A. v. Andrew Cox**
          **D.C. Docket No.: 11-99(JJL)**
          **Appeal No.: 12-3907**

Dear Sir/Madam:

    Enclosed herewith please find the following:

RECEIVED
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

| Original | Copies | |
|---|---|---|
| ( ) | ( ) | [ ] Summons [ ] Complaint |
| ( ) | ( ) | [ ] Answer [ ] Counterclaim [ ] Crossclaim |
| **(1)** | **(1)** | **[X] TRANSCRIPT PURCHASE ORDER** |
| ( ) | ( ) | [ ] FORM CJA 24 |
| ( ) | ( ) | [ ] Notice of Motion [ ] Certification |
| ( ) | ( ) | [ ] Order [ ] Release |
| ( ) | ( ) | [ ] Interrogatories [ ] Demand for Answers |
| ( ) | ( ) | [ ] Stipulation of Dismissal |
| ( ) | ( ) | [ ] Certificate of Service |
| ( ) | ( ) | [ ] Third Party Complaint |
| ( ) | ( ) | [ ] Notice of Appeal [ ] Case Info Statement |

Would you kindly:
  ( ) File same               ( ) Return a conformed copy
  ( ) Record and return      ( ) Serve and Return
  ( ) Consent and return     ( ) Sign and return
  ( ) Acknowledge receipt    ( ) Return copy (marked filed)
  ( ) Cancel and return      ( ) Answer and return

                                      Very truly yours,

                                      *s/Michael N. Pedicini*
                                      MICHAEL N. PEDICINI

MNP/jmd
Enc.
cc: Clerk, Court of Appeals (via e-filing)
    Phyllis Lewis, Official Court Reporter (via e-mail)
    Mark Coyne, Esq. (via e-filing)

## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

District Court __New Jersey__  
Court of Appeals Docket No. __12-3907__  
District Court Docket No. __11-99__

Short Case Title __USA v. Andrew Cox__

Date Notice of Appeal Filed by Clerk of District Court __October 5, 2012__

**Part I.** (To be completed by party responsible for ordering transcript)  
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**
- ___ None
- ___ Unnecessary for appeal purposes.
- ✓ Already on file in the District Court Clerk's office.
- ✓ This is to order a transcript of the proceedings heard on the date listed below from __Phyllis Lewis__ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

__6/8/11, 7/7/11, 9/14/11, 9/26/11, 10/6/11, 10/26/11, 11/15/11, 11/16/11, 11/17/11 and 7/16/2012__

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- ___ Voir dire
- ___ Open Statement of Plaintiff
- ___ Opening Statement of Defendant
- ___ Closing Argument of Plaintiff
- ___ Closing Argument of Defendant
- ___ Jury Instructions
- ___ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ___ CJA Form submitted to District Court Judge
- ___ CJA Form submitted to Court of Appeals
- ___ Motion for Transcript has been submitted to District Court
- ___ Private Funds

Signature: _[signed]_  
Date: __10/17/2012__  
Print Name: __Michael N. Pedicini, Esq.__  
Counsel for: __Andrew Cox__  
Address: __60 Washington St, Suite 100, Morristown, NJ 07960__  
Telephone: __973-285-1555__

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- ___ Arrangements for payment were made on ___
- ___ Arrangements for payment have not been made pursuant to FRAP 10(b)

Date     Name of Court Report     Telephone

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages ___     Actual Number of Volumes ___

Date     Signature of Court Reporter